**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| ELIZABETH ENCARNACION AND LUIS RAUL RIVERA, | : | No. 606 MAL 2023 |
| | : | |
| Petitioners | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| | : | |
| DIANNE VANESSA REYES-RIVERA, | : | |
| RAMON RIVERA AND BERKS COUNTY | : | |
| CHILDREN AND YOUTH SERVICES AND | : | |
| ASHLEY ESPOSITO, ESQUIRE, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

 **AND NOW**, this 17th day of January, 2024, the Petition for Allowance of Appeal is **DENIED**.